**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| **Scott Oxford, Christopher Coleman, Jonathan Guy, and Tiffany Gotsis individually and on behalf of all persons similarly situated,** ) ) ) ) | **Case No. 4:17-cv-00178-SMR-RAW** |
| ) | |
| Plaintiffs, ) | **Defendants Mediacom Communication** |
| ) | **Corporation's and Broadband** |
| v. ) | **Installations of Iowa, LLC's Unresisted** |
| ) | **Motion for Extension of Time to File** |
| **Broadband Installations of Iowa, LLC,** ) | **Resistance to Plaintiffs' Motion for** |
| **and Mediacom Communications Corp.,** ) | **Conditional Certification** |
| ) | |
| Defendants. ) | |

Defendants Mediacom Communications Corporation ("Mediacom") and Broadband

Installations of Iowa, LLC, move the Court for a two-week extension of time, up to and

including September 1, 2017, in which to file their resistance to Plaintiffs' Motion for

Conditional Certification.  In support of their motion, and in compliance with L.R. 7(k),

Defendants state:

1.      Plaintiffs commenced their action on May 19, 2017.  Mediacom's Motion for

Partial Dismissal of Plaintiffs' Complaint, which Broadband joined, was filed July 14, 2017.

(Docket Nos. 1, 27, 28).

2.      Plaintiffs resisted Mediacom's Motion for Partial Dismissal on August 4, 2017,

and on the same date, filed a Motion for Conditional Certification.  (Docket Nos. 31, 32).

3.      Defendants require additional time to investigate the facts and legal theories

advanced in Plaintiffs' Motion for Conditional Certification, and therefore request a two-week

extension of time, of up to and including September 1, 2017, to file their resistances to Plaintiffs'

Motion.

1

4.      Plaintiffs have indicated they do not oppose this extension so long as Defendants agree to toll the statute of limitations for the same two-week period on Plaintiffs' FLSA claims for any plaintiff who timely opts in to this case.  Defendants have agreed to toll the statute of limitations for that limited two-week period.  Thus, this Motion is unopposed.

5.      No previous extension of time with respect to the filing date of a resistance to Plaintiffs' Motion has been requested.

6.      No Scheduling Order or Discovery Plan has been entered in this case.  Further, no dates have been set for the final pretrial conference or the trial.

7.      Good cause exists for granting the requested extension and neither the parties nor the Court will be prejudiced by the extension of time as requested in this Motion.

8.      Pursuant to L.R. 7(d)(2), no briefing accompanies this Motion.

9.      Defendants accordingly request the Court extend Defendants' deadline to file their resistances to Plaintiffs' Motion for Conditional Certification to September 1, 2017.

US.113661070.01

Dated:  August 15, 2017.                    Respectfully submitted,

*/s/ Samantha M. Rollins*
Andrew B. Murphy, *Lead Counsel*
 andrew.murphy@faegrebd.com
 *(pro hac vice application forthcoming)*
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN  55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

FAEGRE BAKER DANIELS LLP
Samantha M. Rollins
 samantha.rollins@faegrebd.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

ATTORNEYS FOR DEFENDANT
MEDIACOM COMMUNICATIONS CORPORATION

*/s/ Alexander M. Johnson*
Alexander M. Johnson, AT0004024
James W. White, AT0012418

**BROWN, WINICK, GRAVES, GROSS,
BASKERVILLE AND SCHOENBAUM, P.L.C**
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515-242-2400
Facsimile:  515-283-0231
Email:      ajohnson@brownwinick.com
                  white@brownwinick.com

**ATTORNEYS FOR DEFENDANT
BROADBAND INSTALLATIONS OF IOWA,
LLC**

3

US.113661070.01

**Certificate of Service**

The undersigned hereby certifies that a true copy of the foregoing **Defendants' Unresisted Motion for Extension of Time to File their Resistance to Plaintiffs' Motion for Conditional Certification** was served upon the following parties through the Court's CM/ECF electronic filing system on the 15th day of August, 2017.

*/s/ Heather W. Benz*

Copy to:

Shanon J. Carson
  *scarson@bm.net*
Sarah R. Schalman-Bergen
  *sschalman-bergen@bm.net*
Alexandra K. Piazza
  *apiazzaa@bm.net*
Camille Fundora
  *cfundora@bm.net*
Nate Willems
  *nate@rushnicholson.com*
Harold Lichten
  *hlichten@llrlaw.com*
Benjamin J. Weber
  *bweber@llrlaw.com*

*Attorneys for Plaintiffs*
*and the Proposed Classes*

4

US.113661070.01